■ In the Matter of RAYMOND O'RIORDAN, Appellant, v JOHN KLEIN, as County Executive of Suffolk County, et al., Respondents.—Judgment of the Supreme Court, Suffolk County, entered June 24, 1977, affirmed, without costs or disbursements (see *Matter of Geyer v Nassau County Civ. Serv. Comm.,* 51 AD2d 571, 572). Hopkins, J. P., Martuscello, Latham and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBIE BOOKER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 28, 1975, convicting him of robbery in the first degree and assault in the second degree, upon a jury verdict, and imposing sentence. Judgment modified, on the facts, by reversing the conviction of assault in the second degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. The People failed to establish beyond a reasonable doubt that the complainant suffered a "physical injury"; the assault count must therefore be dismissed (see Penal Law, § 10.00, subd 9; *People v McDowell,* 28 NY2d 373). Appellant's other contentions have been considered and have been found to be without merit. Hopkins, J. P., Martuscello, Latham and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD C., Appellant.—Judgment of the County Court, Nassau County, rendered January 26, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Martuscello, Latham and Gulotta, JJ., concur.